1  **GRIMM, VRANJES & GREER LLP**
   GREGORY STEPHAN, Esq. (SBN 134906)
2  E-mail: gstephan@gvgllp.com
   MATTHEW MORACHE, Esq. (SBN 216253)
3  E-mail: mmorache@gvgllp.com
   550 West C Street, Suite 1100
4  San Diego, CA 92101-3532
   Tel: (619) 231-8802 Fax: (619) 233-6039
5
   Attorneys for Defendant
6  FIRST SPECIALTY INSURANCE CORPORATION

7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| KB HOME SOUTH BAY INC., a California corporation; KB HOME ARROYO VISTA LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST SPECIALTY INSURANCE CORPORATION; PLY GEM PACIFIC WINDOWS CORPORIATION; and Does 1 through 50, inclusive, <br><br> Defendants. | Case No.: 4:18-cv-04393-JSW <br><br> **NOTICE OF DIRECT LAND LINE [PURSUANT TO ORDER GRANTING TELEPHONIC APPEARANCE OF COUNSEL FOR FIRST SPECIALTY INSURANCE CORPORATION]** <br><br> **DATE: 2/1/19** <br> **TIME: 11 a.m.** <br> **DEPT.: Courtroom 5** |

TO THE U.S. DISTRICT COURT AND THE HON. JEFFREY S. WHITE:

Pursuant to the Order Granting Defendant FIRST SPECIALTY INSURANCE CORPORATION's Request to Appear Telephonically at Case Management Conference, issued January 25, 2019,

**PLEASE TAKE NOTICE** that counsel for Defendant, FIRST SPECIALTY INSURANCE CORPORATION's direct land line to be called for

///

///

1

NOTICE OF DIRECT LAND LINE                                    Case No. 4:18-cv-04393-JSW

participation in the Case Management Conference on February 1, 2019 at 11 a.m. is: **(619) 515-0426.**

Dated: January 25, 2019

GRIMM, VRANJES & GREER LLP

By: *Gregory Stephan* /s/
Gregory Stephan
Matthew Morache
Attorneys for Defendant
FIRST SPECIALTY INSURANCE CORPORATION

W:\Cases\2169177\PLD\NOT\02016617.DOCX